| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-25119 / CMG**

Daniel Louis Wimer
Wanda Ann Wimer

Petition Filed Date: 07/30/2018
341 Hearing Date: 09/13/2018
Confirmation Date: 01/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2019 | $3,202.49 | 124307 | 01/07/2019 | $250.00 | 55238510 | 02/08/2019 | $494.00 | 56096510 |
| 02/27/2019 | $27,775.88 | 35796 | 03/12/2019 | $903.88 | 36903 | 03/13/2019 | $494.00 | 56994670 |
| 04/08/2019 | $494.00 | 57689440 | 06/04/2019 | $494.00 | 59149180 | 06/27/2019 | $494.00 | 59687730 |
| 08/05/2019 | $494.00 | 60683590 | 09/03/2019 | $494.00 | 61447110 | 09/30/2019 | $494.00 | 62093570 |
| 10/29/2019 | $494.00 | 62859100 | 12/06/2019 | $494.00 | 63879100 | | | |

**Total Receipts for the Period: $37,072.25   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,566.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Daniel Louis Wimer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL L DETZKY, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2017 FORD FUSION/LEASE/DEF BAL | Unsecured Creditors | $5,227.40 | $1,944.69 | $3,282.71 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,498.06 | $929.34 | $1,568.72 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2015 FORD ESCAPE/DEF BAL | Unsecured Creditors | $643.51 | $224.53 | $418.98 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $18,784.39 | $6,988.20 | $11,796.19 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $8,421.77 | $3,133.08 | $5,288.69 |
| 6 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/9 GREENFIELD DR/1ST MTG/WELLS FARGO | Mortgage Arrears | $9,289.13 | $9,289.13 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,849.19 | $2,176.01 | $3,673.18 |
| 8 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $21,591.87 | $8,032.65 | $13,559.22 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $1,752.22 | $651.86 | $1,100.36 |
| 10 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2017 FORD FUSION/ORDER 2/1/19/SV 6/4/19 | Debt Secured by Vehicle | $506.00 | $506.00 | $0.00 |
| 11 | SPECIALIZED LOAN SERVICING  LLC<br>»» P/9 GREENFIELD DR/1ST MTG/ORD 2/15/19/WELLS FARGO | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 EST | Priority Crediors<br>Hold Funds: Late Filed Claim | $1,090.08 | $0.00 | $1,090.08 |

**Chapter 13 Case No. 18-25119 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,566.25 | Plan Balance: | $9,968.75 ** |
| Paid to Claims: | $34,406.49 | Current Monthly Payment: | $494.00 |
| Paid to Trustee: | $2,596.39 | Arrearages: | $1,238.00 |
| Funds on Hand: | $1,563.37 | Total Plan Base: | $48,535.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.