| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) Michael L. Detzky, Esq. Detzky, Hunter & DeFillippo, LLC 45 Court Street Freehold, NJ 07728 (732)780-3090 MLD 7975 | Case No.: | 18-25119 |
| | Chapter: | 13 |
| In Re: Daniel Louis Wimer Wanda Ann Wimer Debtor | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | CMG |

## CERTIFICATION OF SERVICE

1. I, __Taylor Spallanzani__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Michael L. Detzky__, who represents __Daniel and Wanda Wimer__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __03/9/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Copy of the applicable Notice of Chapter 7 Bankruptcy Case, Copy of the Amendment, Copy of Order Respecting Amendment to Scheduled E/F and Copy of the Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 03/09/2020                                          /s/ Taylor Spallanzani
                                                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of New Jersey<br>Division of Taxation<br>Bankruptcy Section<br>P.O. Box 245<br>Trenton, NJ 08625-0295 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08608 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |