UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Michael L. Detzky, Esq.
Detzky, Hunter & DeFillippo, LLC
45 Court Street
Freehold, NJ 07728
(732)780-3090
MLD 7975

Case No.: __18-25119__

Chapter: __13__

In Re:

Daniel Louis Wimer
Wanda Ann Wimer

Adv. No.: _____

Hearing Date: _____

Judge: __CMG__

Debtor

## CERTIFICATION OF SERVICE

1. I, __Taylor Spallanzani__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Michael L. Detzky__, who represents __Daniel and Wanda Wimer__ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __03/9/2020__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Application for Compensation, Chapter 13 Debtor's Attorney Fee Application, and Proposed Order Granting Supplemental Chapter 13 Fees

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 03/09/2020

/s/ Taylor Spallanzani
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Daniel Louis Wimer<br>Wanda Ann Wimer<br>9 Greenfield Drive<br>Allentown, NJ 08501 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08608 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |