Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25119−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel Louis Wimer
9 Greenfield Drive
Allentown, NJ 08501

Wanda Ann Wimer
9 Greenfield Drive
Allentown, NJ 08501

Social Security No.:
xxx−xx−5567                                                        xxx−xx−1089

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 28, 2019.

On March 6, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:         April 15, 2020
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 9, 2020
JAN: wdr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 18-25119-CMG
Daniel Louis Wimer                                                Chapter 13
Wanda Ann Wimer
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2            Date Rcvd: Mar 09, 2020
                              Form ID: 185                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2020.
db             +Daniel Louis Wimer,    9 Greenfield Drive,    Allentown, NJ 08501-1636
jdb           #+Wanda Ann Wimer,    9 Greenfield Drive,    Allentown, NJ 08501-1636
cr             +CAB East LLC, serviced by Ford Motor Credit Compan,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
r              +Joel Maxon,    Harriet Downs Real Estate LLC,    147 North Main Street,
                 Williston, FL 32696-2135
r              +Yolanda Gulley,    Re/Max Tri County,    2275 Hwy. 33,    Suite 308,
                 Hamilton Square, NJ 08690-1748
517770853       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
517670903      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
517670904     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517726467      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517670905      +Brand Source/citi Cbna,    Attn: Bankruptcy,    Po Box 6403,    Sioux Falls, SD 57117-6403
517670907      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517681205     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    Dept. 55953,    PO Box 55000,
                 Detroit, MI. 48255-0953)
517834540      +First Commerce Bank,    Commercial Lending Department,    105 River Avenue,
                 Lakewood, NJ 08701-4267
517670909      +First Federal Credit & Collections,    24700 Chagrin Blvd,    Suite 205,
                 Cleveland, OH 44122-5662
517670910      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
517670911      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518174054     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518440459      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518440460      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517670912      +Wakefield & Associates,    Attn: Bankruptcy,    Po Box 441590,    Aurora, CO 80044-1590
517741374       Wells Fargo Bank, N.A.,    Attn: Default Document Processing,    MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517670913      +Wells Fargo Hm Mortgag,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517683312       E-mail/Text: mrdiscen@discover.com Mar 10 2020 00:33:32     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517670908      +E-mail/Text: mrdiscen@discover.com Mar 10 2020 00:33:32     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517670906       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 10 2020 00:30:28     Chase Card Services,
                 Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850
517791719       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 00:29:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517795535       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2020 00:29:24
                 Portfolio Recovery Associates, LLC,    c/o Citicorp Credit Services,    POB 41067,
                 Norfolk VA 23541
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517712240*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    POB 62180,
                 Colorado Springs, CO 80962)
518745722*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton NJ 08695)
                                                                                              TOTALS: 0, * 2, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Mar 09, 2020
                              Form ID: 185             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Ford Motor Credit Company
               LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Michael Leonard Detzky    on behalf of Debtor Daniel Louis Wimer mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              Michael Leonard Detzky    on behalf of Joint Debtor Wanda Ann Wimer mldetzky@hotmail.com,
               r40042@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 9