| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
### Chapter 13 Case No. 18-25119 / CMG

Daniel Louis Wimer

Wanda Ann Wimer

Petition Filed Date: 07/30/2018

341 Hearing Date: 09/13/2018

Confirmation Date: 01/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/31/2020 | $494.00 | 65221100 | 02/24/2020 | $494.00 | 65758590 | 02/26/2020 | $494.00 | 65879170 |
| 03/04/2020 | $494.00 | 66147150 | 04/22/2020 | $536.45 | 67318310 | 06/03/2020 | $1,072.00 | 68412850 |
| 07/15/2020 | $536.00 | 69417940 | 10/19/2020 | $536.00 | 71662730 | 02/03/2021 | $2,144.00 | 74308160 |
| 02/03/2021 | $536.00 | 74308270 | 02/05/2021 | $536.00 | 74354450 | | | |

**Total Receipts for the Period: $7,872.45   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $45,944.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Daniel Louis Wimer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL L DETZKY, ESQ  »» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC  »» 2017 FORD FUSION/LEASE/DEF BAL | Unsecured Creditors | $5,227.40 | $2,344.79 | $2,882.61 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,498.06 | $1,120.53 | $1,377.53 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC  »» 2015 FORD ESCAPE/DEF BAL | Unsecured Creditors | $643.51 | $288.65 | $354.86 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $18,784.39 | $8,425.87 | $10,358.52 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $8,421.77 | $3,777.64 | $4,644.13 |
| 6 | SPECIALIZED LOAN SERVICING  LLC  »» P/9 GREENFIELD DR/1ST MTG/WELLS FARGO | Mortgage Arrears | $9,289.13 | $9,289.13 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,849.19 | $2,623.69 | $3,225.50 |
| 8 | LVNV FUNDING LLC  »» CITIBANK | Unsecured Creditors | $21,591.87 | $9,685.18 | $11,906.69 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES  »» CITIBANK | Unsecured Creditors | $1,752.22 | $785.98 | $966.24 |
| 10 | FORD MOTOR CREDIT COMPANY, LLC  »» 2017 FORD FUSION/ORDER 2/1/19/SV 6/4/19 | Debt Secured by Vehicle | $506.00 | $506.00 | $0.00 |
| 11 | SPECIALIZED LOAN SERVICING  LLC  »» P/9 GREENFIELD DR/1ST MTG/ORD  2/15/19/WELLS FARGO | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION  »» TGI-EE 2016 | Priority Crediors  No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL L DETZKY, ESQ  »» ORDER 3/16/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

Chapter 13 Case No. 18-25119 / CMG

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,944.70 | Plan Balance: | $15,544.00 ** |
| Paid to Claims: | $39,778.46 | Current Monthly Payment: | $536.00 |
| Paid to Trustee: | $3,146.42 | Arrearages: | $0.00 |
| Funds on Hand: | $3,019.82 | Total Plan Base: | $61,488.70 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**