| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 18-25119 / CMG

Daniel Louis Wimer  
Wanda Ann Wimer

Petition Filed Date: 07/30/2018  
341 Hearing Date: 09/13/2018  
Confirmation Date: 01/16/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2021 | $2,144.00 | 74308160 | 02/03/2021 | $536.00 | 74308270 | 02/05/2021 | $536.00 | 74354450 |
| 04/20/2021 | $1,072.00 | 76117460 | 06/15/2021 | $536.00 | 77443530 | 07/16/2021 | $536.00 | 78158290 |
| 08/20/2021 | $1,072.00 | 78921460 | 10/06/2021 | $536.00 | 79993830 | 12/15/2021 | $536.00 | 81488580 |

**Total Receipts for the Period: $7,504.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $50,232.70**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Daniel Louis Wimer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL L DETZKY, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2017 FORD FUSION/LEASE/DEF BAL | Unsecured Creditors | $5,227.40 | $2,908.13 | $2,319.27 |
| 2 | DISCOVER BANK | Unsecured Creditors | $2,498.06 | $1,389.73 | $1,108.33 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2015 FORD ESCAPE/DEF BAL | Unsecured Creditors | $643.51 | $353.12 | $290.39 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $18,784.39 | $10,450.19 | $8,334.20 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $8,421.77 | $4,685.21 | $3,736.56 |
| 6 | SPECIALIZED LOAN SERVICING LLC<br>»» P/9 GREENFIELD DR/1ST MTG/WELLS FARGO | Mortgage Arrears | $9,289.13 | $9,289.13 | $0.00 |
| 7 | AMERICAN EXPRESS | Unsecured Creditors | $5,849.19 | $3,254.04 | $2,595.15 |
| 8 | LVNV FUNDING LLC<br>»» CITIBANK | Unsecured Creditors | $21,591.87 | $12,012.04 | $9,579.83 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK | Unsecured Creditors | $1,752.22 | $974.80 | $777.42 |
| 10 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2017 FORD FUSION/ORDER 2/1/19/SV 6/4/19 | Debt Secured by Vehicle | $506.00 | $506.00 | $0.00 |
| 11 | SPECIALIZED LOAN SERVICING LLC<br>»» P/9 GREENFIELD DR/1ST MTG/ORD 2/15/19/WELLS FARGO | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 12 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2016 | Priority Crediors<br>No Disbursements: Filed Out of Time - NO NOT | $0.00 | $0.00 | $0.00 |
| 0 | MICHAEL L DETZKY, ESQ<br>»» ORDER 3/16/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |

Chapter 13 Case No. 18-25119 / CMG

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,232.70 | Plan Balance: | $11,256.00 ** |
| Paid to Claims: | $46,753.39 | Current Monthly Payment: | $536.00 |
| Paid to Trustee: | $3,474.44 | Arrearages: | $2,144.00 |
| Funds on Hand: | $4.87 | Total Plan Base: | $61,488.70 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.