UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Daniel Louis Wimer
Wanda Ann Wimer

Debtor(s)

Case No.: 18-25119 / CMG

Judge: Christine M. Gravelle

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 2/28/2022, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 2/28/2022

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Daniel Louis Wimer<br>Wanda Ann Wimer<br>9 Greenfield Drive<br>Allentown, NJ  08501 | Debtor(s) | Regular Mail |
| MICHAEL L DETZKY, ESQ<br>45 COURT ST<br>FREEHOLD, NJ  07728-1709 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |