Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25119−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Daniel Louis Wimer
9 Greenfield Drive
Allentown, NJ 08501

Wanda Ann Wimer
9 Greenfield Drive
Allentown, NJ 08501

Social Security No.:
xxx−xx−5567

xxx−xx−1089

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/6/22 at 09:00 AM

to consider and act upon the following:

*101* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/11/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/11/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court