Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25119−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daniel Louis Wimer | Wanda Ann Wimer |
| 9 Greenfield Drive | 9 Greenfield Drive |
| Allentown, NJ 08501 | Allentown, NJ 08501 |

Social Security No.:
  xxx−xx−5567                                                   xxx−xx−1089

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Daniel Louis Wimer and Wanda Ann Wimer</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: August 29, 2023
JAN: wdr

<u>Jeanne Naughton, Clerk</u>