| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Daniel Louis Wimer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5567<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Wanda Ann Wimer<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1089<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–25119–CMG | | |

# Order of Discharge                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Louis Wimer                                  Wanda Ann Wimer

<u>1/2/24</u>                                  **By the court:** <u>Christine M. Gravelle</u>
                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                           **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Daniel Louis Wimer  
Wanda Ann Wimer  
    Debtors

Case No. 18-25119-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jan 02, 2024      Form ID: 3180W      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Louis Wimer, Wanda Ann Wimer, 9 Greenfield Drive, Allentown, NJ 08501-1636 |
| cr | + | CAB East LLC, serviced by Ford Motor Credit Compan, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| r | + | Joel Maxon, Harriet Downs Real Estate LLC, 147 North Main Street, Williston, FL 32696-2135 |
| r | + | Yolanda Gulley, Re/Max Tri County, 2275 Hwy. 33, Suite 308, Hamilton Square, NJ 08690-1748 |
| 517834540 | + | First Commerce Bank, Commercial Lending Department, 105 River Avenue, Lakewood, NJ 08701-4267 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 02 2024 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 02 2024 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517770853 | | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 22:45:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517670903 | + | Email/PDF: bncnotices@becket-lee.com | Jan 02 2024 22:33:26 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 517670904 | + | EDI: BANKAMER | Jan 03 2024 03:15:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517726467 | + | EDI: BANKAMER2 | Jan 03 2024 03:15:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517670905 | + | EDI: CITICORP | Jan 03 2024 03:15:00 | Brand Source/citi Cbna, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 517670907 | + | EDI: CITICORP | Jan 03 2024 03:15:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517683312 | | EDI: DISCOVER | Jan 03 2024 03:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517670908 | + | EDI: DISCOVER | Jan 03 2024 03:15:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517670909 | | Email/Text: rj@ffcc.com | Jan 02 2024 22:23:00 | First Federal Credit & Collections, 24700 Chagrin Blvd, Suite 205, Cleveland, OH 44122 |
| 517681205 | | Email/Text: EBNBKNOT@ford.com | Jan 02 2024 22:24:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 517712240 | | Email/Text: EBNBKNOT@ford.com | Jan 02 2024 22:24:00 | Ford Motor Credit Company, LLC, POB 62180, Colorado Springs, CO 80962 |
| 519683785 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 02 2024 22:24:00 | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO |

Case 18-25119-CMG    Doc 128    Filed 01/04/24    Entered 01/05/24 00:16:32    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 02, 2024 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | Box 65250, Salt Lake City, UT 84165-0250, Federal Home Loan Mortgage Corporation,, Serviced by Select Portfolio Servicing, |
| 519683784 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 02 2024 22:24:00 | | Federal Home Loan Mortgage Corporation, as Truste, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517670906 | | EDI: JPMORGANCHASE | Jan 03 2024 03:15:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517791719 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2024 22:33:21 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517670910 | + | Email/Text: EBNBKNOT@ford.com | Jan 02 2024 22:24:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 517795535 | | EDI: PRA.COM | Jan 03 2024 03:15:00 | Portfolio Recovery Associates, LLC, c/o Citicorp Credit Services, POB 41067, Norfolk VA 23541 |
| 517670911 | + | Email/Text: clientservices@remexinc.com | Jan 02 2024 22:23:00 | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518174054 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518745722 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 02 2024 22:23:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton NJ 08695 |
| 518440459 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 02 2024 22:23:00 | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 517670912 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jan 02 2024 22:24:00 | Wakefield & Associates, Attn: Bankruptcy, Po Box 441590, Aurora, CO 80044-1590 |
| 517741374 | + | EDI: WFFC2 | Jan 03 2024 03:15:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517670913 | + | EDI: WFFC2 | Jan 03 2024 03:15:00 | Wells Fargo Hm Mortgag, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 518440460 | *+ | Specialized Loan Servicing LLC, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2024        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2022-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor CAB East LLC serviced by Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Michael Leonard Detzky | on behalf of Debtor Daniel Louis Wimer mldetzky@hotmail.com r40042@notify.bestcase.com |
| Michael Leonard Detzky | on behalf of Joint Debtor Wanda Ann Wimer mldetzky@hotmail.com r40042@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 11